UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62031-CIV-RAR

PAMELA RAY,

    Plaintiff,

v.

ADAMS AND ASSOCIATES, INC., a business
entity, OTHNIEL McDOWELL, an individual,
and MARY GEOGHEGAN, an individual,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby files this Notice of Voluntary Dismissal, pursuant to Rule 41, other federal and local rules and the inherent power of the Court, and states:

Plaintiff files this Notice of Voluntary Dismissal, and she chooses to do so voluntarily at this time without any settlement of any kind with the Defendant. Plaintiffs do not intend to proceed at this time in federal court and thus dismiss their case, at this time, without prejudice, as they believe that the case was improvidently removed.

                      The Kleppin Firm, P.A.
                      8751 W. Broward Blvd.
                      Suite 105
                      Plantation, FL 33324
                      Tel. (954) 424-1933
                      Fax  (954) 474-7405
                      E-mail:  ckleppin@gkemploymentlaw.com

                      By:   s/Chris Kleppin_____
                            Chris Kleppin
                            Fla. Bar No. 625485

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on this 29th day of September, 2021 via email to:

Opposing Counsel, Esq.