UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62031-RAR

**PAMELA RAY**,

    Plaintiff,

v.

**ADAMS AND ASSOCIATES, INC.**, *et al.*,

    Defendants.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on September 29, 2021.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**